**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ZAMECKA, MARIOLA | § | Case No. 12-80194 |
| ZAMECKI, WOJCIECH GEORGE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/23/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/05/2012        By: /s/JOSEPH D. OLSEN_____
                                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: ZAMECKA, MARIOLA § Case No. 12-80194
ZAMECKI, WOJCIECH GEORGE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,144.00 |
| *and approved disbursements of* | $ 2,083.97 |
| *leaving a balance on hand of* [1] | $ 7,060.03 |
| **Balance on hand:** | $ 7,060.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,060.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,464.40 | 0.00 | 1,464.40 |
| Trustee, Expenses - JOSEPH D. OLSEN | 77.25 | 0.00 | 77.25 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 812.50 | 0.00 | 812.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,354.15 |
| Remaining balance: | $ | 4,705.88 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,705.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,705.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,441.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 3,968.05 | 0.00 | 1,209.31 |
| 2 | PYOD, LLC its successors and assigns as assignee | 11,473.14 | 0.00 | 3,496.57 |

Total to be paid for timely general unsecured claims: $ 4,705.88
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mariola Zamecka  
Wojciech George Zamecki  
     Debtors

Case No. 12-80194-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: cshabez      Page 1 of 2      Date Rcvd: Jun 15, 2012  
                        Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2012.
```
db/jdb      +Mariola Zamecka,    Wojciech George Zamecki,    151 Ferryville Dr.,
              Lake in the Hills, IL 60156-5863
18391301    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18391302    +Codilis & Associates, P.C.,    15W030 North Frontage Rd.,    Suite 100,    Burr Ridge, IL 60527-6921
18391303    +Fox Valley Laboratory Physicians,    P.O. 5133,    Chicago, IL 60680-5133
18391304    +Harris Bank,    3800 Golf Road, Suite 300,    PO Box 5038,    Rolling Meadows, IL 60008-5038
18391305    +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
18391306    +McHenry County Treasurer,    Government Center,    2200 N. Seminary Ave.,
              Woodstock, IL 60098-2637
18391307    +Medco Health Solutions, Inc.,    15001 Trinity Blvd., Ste. 300,    Fort Worth, TX 76155-2668
18391308    +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18391309    +Orthopedic Spine and Surgery Assoc,    2350 Royal Blvd. Ste., 200,    Elgin, IL 60123-4718
18391310    +ShermanHospital,    1425 N. Randall Rd.,    Elgin, IL 60123-2300
18391311    +United Anesthesia Association SC,    P.O. Box 631,    Lake Forest, IL 60045-0631
18391312    +Urology, Ltd.,    745 Fletcher Dr., Ste. 301,    Elgin, IL 60123-4750
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18939746    +E-mail/Text: resurgentbknotifications@resurgent.com Jun 16 2012 00:21:47
              PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jun 15, 2012
                              Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2012 at the address(es) listed below:

```
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Gloria C  Tsotsos    on behalf of Creditor   BMO HARRIS BANK NATIONAL ASSOCIATION
               nd-three@il.cslegal.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Slava  Tenenbaum    on behalf of Debtor Mariola Zamecka Aaron@LawTenenbaum.com
                                                                                 TOTAL: 6
```