# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ZAMECKA, MARIOLA | § Case No. 12-80194 |
| ZAMECKI, WOJCIECH GEORGE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $256,244.32          Assets Exempt: $66,244.32
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,705.88    Claims Discharged
                                               Without Payment: $25,113.26

Total Expenses of Administration: $2,438.12

---

3) Total gross receipts of $ 9,144.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,000.00 (see **Exhibit 2**), yielded net receipts of $7,144.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,900.38 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 812.50 | 2,438.12 | 2,438.12 | 2,438.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,272.95 | 15,441.19 | 15,441.19 | 4,705.88 |
| **TOTAL DISBURSEMENTS** | $245,985.83 | $17,879.31 | $17,879.31 | $7,144.00 |

  4) This case was originally filed under Chapter 7 on January 23, 2012. The case was pending for 8 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2012          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds - 2011 | 1224-000 | 9,144.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,144.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mariola Zamecka and Wojciech George Zamecki | per court order of 5/16/12 re: tax refunds | 8100-002 | 2,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.a. | 4110-000 | 226,900.38 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,900.38** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,464.40 | 1,464.40 | 1,464.40 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 77.25 | 77.25 | 77.25 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 812.50 | 812.50 | 812.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 8.97 | 8.97 | 8.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,438.12 | $2,438.12 | $2,438.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,895.00 | 3,968.05 | 3,968.05 | 1,209.31 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 11,473.14 | 11,473.14 | 3,496.57 |
| NOTFILED | Orthopedic Spine and Surgery Assoc | 7100-000 | 44.95 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| NOTFILED | United Anesthesia Association SC | 7100-000 | 300.59 | N/A | N/A | 0.00 |
| NOTFILED | ShermanHospital | 7100-000 | 318.40 | N/A | N/A | 0.00 |
| NOTFILED | Medco Health Solutions, Inc. | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Urology, Ltd. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 497.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Treasurer Government Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 11,318.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 7100-000 | 700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Fox Valley Laboratory Physicians | 7100-000 | 73.01 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,272.95 | $15,441.19 | $15,441.19 | $4,705.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80194  
**Case Name:** ZAMECKA, MARIOLA  
ZAMECKI, WOJCIECH GEORGE  
**Period Ending:** 09/24/12  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/23/12 (f)  
**§341(a) Meeting Date:** 02/23/12  
**Claims Bar Date:** 05/25/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 151 Ferryville Dr., Lake in the Hills, Zillow va | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Citibank Checking Account No 922585346 | 34.14 | 0.00 | DA | 0.00 | FA |
| 3 | TCF Checking Account No 4877182803 | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Harris Bank Checking Account 0003710459 Accont O | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Harris Bank Checking Accont No 7410013427 | 27.00 | 0.00 | DA | 0.00 | FA |
| 6 | Harris Bank Savings Account No 0004741483 | 2.80 | 0.00 | DA | 0.00 | FA |
| 7 | Harris Bank Savings Account No 7803188761 | 0.02 | 0.00 | DA | 0.00 | FA |
| 8 | Furniture, Appliances and Households Furnishings | 800.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothes | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Personal computers (2) | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k) Fidelity Investment | 58,880.36 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Mercedez C class 120,000 milles | 5,100.00 | 0.00 | DA | 0.00 | FA |
| 13 | Tax refunds - 2011  (u) | 0.00 | 9,144.00 |  | 9,144.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$256,244.32** | **$9,144.00** |  | **$9,144.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012          **Current Projected Date Of Final Report (TFR):**

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80194  
**Case Name:** ZAMECKA, MARIOLA  
ZAMECKI, WOJCIECH GEORGE  
**Taxpayer ID #:** **-***1485  
**Period Ending:** 09/24/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/27/12 | {13} | State of Illinois | 2011 state tax return | 1224-000 | 534.00 | | 534.00 |
| 03/27/12 | {13} | United States Treasury | 2011 federal tax refund | 1224-000 | 8,610.00 | | 9,144.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,119.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,094.00 |
| 05/31/12 | 101 | Mariola Zamecka and Wojciech George Zamecki | per court order of 5/16/12 re: tax refunds | 8100-002 | | 2,000.00 | 7,094.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,069.00 |
| 06/05/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #12-80194, #016018067 | 2300-000 | | 8.97 | 7,060.03 |
| 07/24/12 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $812.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 812.50 | 6,247.53 |
| 07/24/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,464.40, Trustee Compensation; Reference: | 2100-000 | | 1,464.40 | 4,783.13 |
| 07/24/12 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $77.25, Trustee Expenses; Reference: | 2200-000 | | 77.25 | 4,705.88 |
| 07/24/12 | 106 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#1,2 | | | 4,705.88 | 0.00 |
| | | | Dividend paid 30.47% on $3,968.05; Claim# 1; Filed: $3,968.05 | 7100-000 1,209.31 | | | 0.00 |
| | | | Dividend paid 30.47% on $11,473.14; Claim# 2; Filed: $11,473.14 | 7100-000 3,496.57 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,144.00 | 9,144.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,144.00 | 9,144.00 | |
| | | | Less: Payments to Debtors | | | 2,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,144.00** | **$7,144.00** | |

{} Asset reference(s)

Printed: 09/24/2012 03:50 PM V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 12-80194 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | ZAMECKA, MARIOLA | | **Bank Name:** | The Bank of New York Mellon |
| | ZAMECKI, WOJCIECH GEORGE | | **Account:** | 9200-******92-66 - Checking Account |
| **Taxpayer ID #:** | **-***1485 | | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 09/24/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 9,144.00 | |
| Less Payments to Debtor : | 2,000.00 | |
| Net Estate : | $7,144.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******92-66** | 9,144.00 | 7,144.00 | 0.00 |
| | $9,144.00 | $7,144.00 | $0.00 |

{} Asset reference(s)                                                                Printed: 09/24/2012 03:50 PM    V.13.04